1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lewis Jubran, Esq. (DC Bar no. 1028219)
Abusharar and Associates
501 N. Brookhurst St. #202
Anaheim, CA 92801
Tel: 714-535-5600
Fax: 714-535-5605
Email: associate@abushararlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

| | |
|---|---|
| **John Faour,**<br><br>9149 Agincourt Lane, Jacksonville, FL 32257<br><br>Plaintiff,<br><br>vs.<br><br>**United States Department of Homeland Security; United States Citizenship and Immigration Services; Miami Asylum Office; Kristi Noem,** Secretary, Department of Homeland Security; **Angelica Alfonso-Royals,** Acting Director, U.S. Citizenship and Immigration Services; **Ted H. Kim,** Associate Director of Refugee, Asylum, and International Operations; **Matthew D. Emrich,** Associate Director of USCIS Fraud Detection and National Security Directorate; **Kash Patel,** Director of Federal Bureau of Investigations<br><br>Defendants.<br><br>Office of General Counsel<br>US Department of Homeland Security<br>Martin Luther King Jr. Ave., SE<br>Washington DC   20528-0485 | Case No.:<br><br>COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS |

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION
MANDAMUS - 1

Federal Bureau of Investigation
935 Pennsylvania Ave., NW
Washington DC   20535-0001

## **INTRODUCTION**

1.   This action is brought by Plaintiff John Faour, by and through his attorney, to request issuance of a writ of mandamus under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to schedule an interview for an I-589 Application for Asylum and for Withholding of Removal.

2.   On April 1, 2017, Plaintiff John Faour submitted an I-589 Application for Asylum and Withholding of Removal.   The case was received and processed by the Defendant Miami Asylum Office.    (**Exhibit A- I-589 Application for Asylum and Withholding of Removal and Acknowledgment of Receipt**).

3.   On or about April 17, 2017, Defendant United States Citizenship and Immigration Services sent a notice to Plaintiff instructing that he had to appear at a designated Application Support Center between April 22, 2017 and May 6, 2017 to have his biometric information captured and recorded.    Plaintiff did appear at the designated facility and allowed his biometric information to be captured and recorded. (**Exhibit B – I-797 Appointment Notice**).

4.   Since Plaintiff appeared at the designated Application Support Center, he has received absolutely no communications whatsoever from Defendants about when the asylum case will be scheduled for an interview.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 2

5.  Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending for over eight years.  Plaintiff seeks to compel Defendants, through a writ of mandamus, to schedule the asylum interview for the pending I-589 Application for Asylum and Withholding of Removal.

## PARTIES

6.  Plaintiff JOHN FAOUR filed his I-589 Application for Asylum and Withholding of Removal on April 1, 2017.

7.  Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and the Miami Asylum Office, and officers named as defendants in this complaint.

8.  Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under the DHS, overseeing the Miami Asylum Office and officers named as defendants in this Complaint.

9.  Defendant MIAMI ASYLUM OFFICE (hereinafter "Miami Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiffs' asylum application.

10. Defendant KRISTI NOEM (hereinafter "Secretary Noem") is the Secretary of the Department of Homeland Security.  This suit is brought against Secretary Noem in her official capacity, as she is charged with the administration and enforcement of all immigration and

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 3

citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

11. Defendant ANGELICA ALFONSO-ROYALS (hereinafter "Acting Director Alfonso-Royals") is the Acting Director of USCIS, the Agency charged with adjudicating Plaintiff's asylum application. This suit is brought against Acting Director Alfonso-Royals in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

12. Defendant TED H. KIM (hereinafter "Director Kim") is the Director of Refugee, Asylum, and International Operations. This suit is brought against Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Miami Asylum Office, and requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

13. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 4

adjudicated Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

14. Defendant KASH PATEL (hereinafter "Director Patel") is the Director of the Federal Bureau of Investigations.  This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## **JURISDICTION**

15. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes."  5 U.S.C. § 702.  Plaintiff suffered a legal wrong and continues to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

16. This Court has jurisdiction over the present action pursuant to 8 C.F.R. § 204, Immigration & Nationality Act §203 (b)(1)(C); 28 U.S.C. § 1131; 28 U.S.C. §1361, the Mandamus Act; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701-706, the Administrative Procedures Act.  Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

17. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld."  Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation*

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 5

*v. Badgley,* 309 F.3d 1166, 1178 (9ᵗʰ Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance, … no balancing of factors is required or permitted."

## VENUE

18. Venue is proper in this Court, pursuant to 28 U.S.C. §1391(e) which provides that in a civil action in which each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which the defendant in the action resides. Because the defendants are in the District of Columbia, including the United States Department of Homeland Security and its employees, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

19. Plaintiff has no administrative remedies. Since Plaintiff John Faour submitted his I-589 Application for Asylum and Withholding of Removal, he has received no correspondence or communications whatsoever from Defendant USCIS nor Miami Asylum Office about how much longer he will have to wait for the pending asylum application to be called for an interview. There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

20. Pursuant to 8 U.S.C. §1158, Plaintiff John Faour filed an Application for Asylum and Withholding of Removal on April 1, 2017. Since he provided his biometric information at the Application Support Center, he has received no further communication or information from Defendants about when his asylum interview will be scheduled.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 6

21. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

22. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

23. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158(d)(5)(A)(iii). It has been over eight years since Plaintiff John Faour submitted his I-589 Application for Asylum and Withholding of Removal and his case has still not been scheduled for an interview.

24. Plaintiff has no adequate remedy at law and will continue to suffer irreparable harm if his asylum case is not scheduled for an interview.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction [ ] and agreeable to the usages and principles of law."

## **CLAIM FOR RELIEF**

29. Plaintiff's claim in this action is clear and certain. Plaintiff realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff is entitled to an order in the nature of mandamus to

compel Defendants to schedule an interview for the pending I-589 Application for Asylum and Withholding of Removal.

30. As a result of Defendants' failure to perform their duties, Plaintiff has suffered, is suffering, and will continue to suffer irreparable harm.  Specifically:

    a.  Plaintiff has been irreparably damaged from the fear of not knowing what will happen with the asylum case for over eight years.  Plaintiff John Faour has been constantly hoping to have the case scheduled for an interview so that he could move on with his life. Because of the long wait and unknowing, Plaintiff is enduring significant psychological damage.

    b.  The delay is causing irreparable harm to Plaintiff who is not able to continue with his life in the United States without fear of returning to Syria, a country where he will more likely than not be persecuted, tortured, or killed.

31. The Defendants, in violation of the Administrative Procedures Act, are unlawfully withholding or unreasonably delaying action on Plaintiff John Faour's application, and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

32. The Defendants, in violation of the Administrative Procedures Act and 22 C.F.R. 42.81(a), are unlawfully withholding or unreasonably delaying action on Plaintiff John Faour's I-589 Application for Asylum and Withholding of Removal and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to his case.

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 8

33. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate.

34. Plaintiff John Faour has attempted to learn about the status of his pending Asylum and Withholding of Removal application, all to no avail. Only the Miami Asylum Office is able to make decisions on the scheduling of an interview for the pending I-589 Application(s) for Asylum and Withholding of Removal, leaving no adequate remedy. Accordingly, Plaintiff has been forced to pursue the instant action.

**PRAYER**

35. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    a.  Accept jurisdiction and maintain continuing jurisdiction of this action;

    b.  Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

    c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiffs' case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

    d.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff John Faour's Asylum and Withholding of Removal application by scheduling an asylum interview;

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 9

e.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

f.  Grant such other relief at law and in equity as justice may require.

Dated this June 27, 2025                     Respectfully Submitted,

/s/ Lewis Jubran

Lewis Jubran, Esq.
Counsel for Plaintiff

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARTORY RELIEF AND FOR A**

**WRIT IN THE NATURE OF IMMIGRATION MANDAMUS**

**FAOUR v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.**

| Exhibit | Description | Page |
|---------|-------------|------|
| A | I-589 Application for Asylum and Withholding of Removal and Acknowledgment of Receipt | 1-16 |
| B | I-797 Appointment Notification | 17 |

COMPLAINT FOR DECLARATORY RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS - 11

# EXHIBIT A

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

# I-589, Application for Asylum and for Withholding of Removal

**START HERE - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.**

**NOTE:** Check this box if you also want to apply for withholding of removal under the Convention Against Torture. ☐

## Part A. I. Information About You

| 1. Alien Registration Number(s) (A-Number) (if any) | 2. U.S. Social Security Number (if any) |
|---|---|
| 204892868 | 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 |

| 3. Complete Last Name | 4. First Name | 5. Middle Name |
|---|---|---|
| FAOUR | JOHN | |

**6. What other names have you used (include maiden name and aliases)?**
NONE

**7. Residence in the U.S. (where you physically reside)**

| Street Number and Name | | Apt. Number |
|---|---|---|
| 6954 TONGA DR | | |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| JACKSONVILLE | FL | 32216 | ( 904 ) 2062352 |

**8. Mailing Address in the U.S. (if different than the address in Item Number 7)**

| In Care Of (if applicable): | Telephone Number |
|---|---|
| JOHN FAOUR | ( ) |

| Street Number and Name | Apt. Number |
|---|---|
| SAME ADDRESS | |

| City | State | Zip Code |
|---|---|---|
| | | |

| 9. Gender: ☒ Male  ☐ Female | 10. Marital Status: ☒ Single  ☐ Married  ☐ Divorced  ☐ Widowed |
|---|---|

| 11. Date of Birth (mm/dd/yyyy) | 12. City and Country of Birth |
|---|---|
| 08/02/1987 | HOMS SYRIA |

| 13. Present Nationality (Citizenship) | 14. Nationality at Birth | 15. Race, Ethnic, or Tribal Group | 16. Religion |
|---|---|---|---|
| SYRIA | SYRIA | WHITE | CATHOLIC |

**17. Check the box, a through c, that applies:** a. ☒ I have never been in Immigration Court proceedings.
b. ☐ I am now in Immigration Court proceedings.    c. ☐ I am not now in Immigration Court proceedings, but I have been in the past.

**18. Complete 18 a through c.**
a. When did you last leave your country? (mm/dd/yyyy) 01/31/2013  b. What is your current I-94 Number, if any? 26478546045

c. List each entry into the U.S. beginning with your most recent entry. List date (mm/dd/yyyy), place, and your status for each entry. (Attach additional sheets as needed.)

| Date 02/01/2013 | Place PORTLAND OREGON | Status B1-B2 VISA | Date Status Expires 07/31/2013 |
|---|---|---|---|
| Date | Place | Status | |
| Date | Place | Status | |

| 19. What country issued your last passport or travel document? | 20. Passport Number N007225530 | 21. Expiration Date (mm/dd/yyyy) |
|---|---|---|
| SYRIA | Travel Document Number | 09/11/2014 |

| 22. What is your native language (include dialect, if applicable)? | 23. Are you fluent in English? | 24. What other languages do you speak fluently? |
|---|---|---|
| ARABIC | ☒ Yes  ☐ No | ENGLISH |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: Asylum Officer ID#: | Decision: Approval Date: Denial Date: Referral Date: |
|---|---|---|---|

Form I-589 (Rev. 12/29/14) Y

## Part A.II. Information About Your Spouse and Children

**Your spouse**     [X]  I am not married. (Skip to **Your Children** below.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Date of Birth *(mm/dd/yyyy)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Maiden Name |
| 9. Date of Marriage *(mm/dd/yyyy)* | 10. Place of Marriage | 11. City and Country of Birth | |
| 12. Nationality *(Citizenship)* | 13. Race, Ethnic, or Tribal Group | | 14. Gender  [ ] Male   [ ] Female |

15. Is this person in the U.S.?
    [ ] Yes *(Complete Blocks 16 to 24.)*  [ ] No *(Specify location):*

| 16. Place of last entry into the U.S. | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* | 18. I-94 Number *(if any)* | 19. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 20. What is your spouse's current status? | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 22. Is your spouse in Immigration Court proceedings?  [ ] Yes   [ ] No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* |

24. If in the U.S., is your spouse to be included in this application? *(Check the appropriate box.)*
    [ ] Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
    [ ] No

**Your Children.** List all of your children, regardless of age, location, or marital status.

[X] I do not have any children.  *(Skip to Part A.III., Information about your background.)*

[ ] I have children.   Total number of children: _____

**(NOTE:** Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender  [ ] Male   [ ] Female |

13. Is this child in the U.S.?  [ ] Yes *(Complete Blocks 14 to 21.)*  [ ] No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings?  [ ] Yes   [ ] No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
    [ ] Yes *(Attach one photograph of your child in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
    [ ] No

2

**Part A.II. Information About Your Spouse and Children** *(Continued)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender  ☐ Male  ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location)*: _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings?  ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender  ☐ Male  ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location)*: _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings?  ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender  ☐ Male  ☐ Female |

13. Is this child in the U.S. ?  ☐ Yes *(Complete Blocks 14 to 21.)*  ☐ No *(Specify location)*: _____

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings?  ☐ Yes  ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

3

## Part A. III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. (List Address, City/Town, Department, Province, or State and Country.)
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Number and Street (Provide if available) | City/Town | Department, Province, or State | Country | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| SECOND STREET | CITY OF INDUSTRY | DOHA | QATAR | 01/2009 | 01/2013 |
| EAST STREET | ZAIDAL | HOMS | SYRIA | 08/1987 | 01/2009 |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Number and Street | City/Town | Department, Province, or State | Country | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|---|
| 6954 TONGA DR | JACKSONVILLE | FLORIDA | USA | 04/2013 | PRESENT |
| 86 TAIGE WAY | CHICO | CALIFORNIA | USA | 02/2013 | 04/2013 |
| SECOND STREET | CITY OF INDUSTRY | DOHA | QATAR | 01/2009 | 01/2013 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

3. Provide the following information about your education, beginning with the most recent.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Name of School | Type of School | Location (Address) | Attended From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|---|
| HOTEL & TOURRISM COLLAGE | COLLAGE | DAIR EZOUR  SYRIA | 10/2006 | 08/2008 |
| NADIM ABDELAZIZ SCHOOL | HIGH SCHOOL | ZAIDAL, HOMS, SYRIA | 09/2003 | 06/2006 |
| NAZEM ABO-EID SCHOOL | MIDDLE SCHOOL | ZAIDAL, HOMS, SYRIA | 09/2000 | 06/2003 |
| FAHED SATTAH SCHOOL | ELMENTARY SCHOOL | ZAIDAL, HOMS, SYRIA | 09/1993 | 06/2000 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Name and Address of Employer | Your Occupation | Dates From (Mo/Yr) | To (Mo/Yr) |
|---|---|---|---|
| 9031 WARWICKSHIRE RD, JACKSONVILLE, FL LIQUOR STORE | CASHEIR | 10/2013 | PRESENT |
|  |  | 02/2013 | 10/2013 |
| HOTEL EQUIPMENTS COMPAY, DOHA , QATAR | SALES MANAGER | 01/2009 | 01/2013 |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   (NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| Mother HEND SHAMOUN | HOMS  SYRIA | ☐ Deceased  HOMS  SYRIA |
| Father SALEM FAOUR | HOMS  SYRIA | ☒ Deceased  2016 |
| Sibling GEORGE FAOUR | HOMS  SYRIA | ☐ Deceased  SAO PAULO - BRAZIL |
| Sibling | | ☐ Deceased |
| Sibling | | ☐ Deceased |
| Sibling | | ☐ Deceased |

4

## Part B. Information About Your Application

**(NOTE:** *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1. Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

I am seeking asylum or withholding of removal based on:

☐ Race                                   ☐ Political opinion
☒ Religion                               ☐ Membership in a particular social group
☐ Nationality                            ☒ Torture Convention

A. Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

☐ No    ☒ Yes

If "Yes," explain in detail:
1. What happened;
2. When the harm or mistreatment or threats occurred;
3. Who caused the harm or mistreatment or threats; and
4. Why you believe the harm or mistreatment or threats occurred.

```
PLEASE SEE THE ATTACHED DECLARATION
```

B. Do you fear harm or mistreatment if you return to your home country?

☐ No    ☒ Yes

If "Yes," explain in detail:
1. What harm or mistreatment you fear;
2. Who you believe would harm or mistreat you; and
3. Why you believe you would or could be harmed or mistreated.

```
PLEASE SEE THE ATTACHED DECLARATION
```

S

**Part B. Information About Your Application (Continued)**

2.  Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

    ☒ No     ☐ Yes

    If "Yes," explain the circumstances and reasons for the action.

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

    ☒ No     ☐ Yes

    If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

    ☒ No     ☐ Yes

    If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

4.  Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

    ☐ No     ☒ Yes

    If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

    PLEASE SEE THE ATTACHED DECLARATION

6

## Part C. Additional Information About Your Application

(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

[X] No    [ ] Yes

If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

[ ] No    [X] Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

[X] No    [ ] Yes

If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

```
I had worked in Qatar as temporary residence based on the sponsor (the company I was working
with) the day they finished my work I should be out of the State of Qatar.
I worked there four years
```

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

[X] No    [ ] Yes

If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

**Part C. Additional Information About Your Application** *(Continued)*

4. After you left the country where you were harmed or fear harm, did you return to that country?

[X] No    [ ] Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

5. Are you filing this application more than 1 year after your last arrival in the United States?

[ ] No    [X] Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

I came to the United States as a visitor, to have some good time with my friends, because since I start working never got a vacation. My plan was to go back to Syria and start my own business.
Month after month I was in hope to be peace again in Syria,, but it takes me more time.. Then I applied for TPS for Syria and I got my work authorization.
after 18 months ,, I re-new my TPS and I was still in hope to go back to Syria but the dangerous events and the daily death news made me decide to apply for asylum and cancel the idea of going back to Syria.

6. Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

[X] No    [ ] Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

> Staple your photograph here or the photograph of the family member to be included on the extra copy of the application submitted for that person.

**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | Write your name in your native alphabet. |
|---|---|
| JOHN FAOUR | جون فاعور |

Did your spouse, parent, or child(ren) assist you in completing this application? ☐ No. ☐ Yes *(If "Yes," list the name and relationship.)*

_____  _____    _____  _____
    *(Name)*           *(Relationship)*            *(Name)*          *(Relationship)*

Did someone other than your spouse, parent, or child(ren) prepare this application? ☒ No ☐ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim? ☒ No ☐ Yes

Signature of Applicant *(The person in Part A.I.)*

[                                 ]   04/06/2017
    Sign your name so it all appears within the brackets            Date *(mm/dd/yyyy)*

## Part E. Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to the applicant in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| | ITEDAL ISKANDAR |

| Daytime Telephone Number | Address of Preparer: Street Number and Name | | |
|---|---|---|---|
| ( 626 ) 3352806 | 620 W ROUTE 66 | | |

| Apt. Number | City | | State | Zip Code |
|---|---|---|---|---|
| 218 | GLENDORA | | CA | 91740 |

9

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ___ to ___ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____          _____
Signature of Applicant                                       Date *(mm/dd/yyyy)*

_____          _____
Write Your Name in Your Native Alphabet              Signature of Asylum Officer

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered ___ to ___ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

_____          _____
Signature of Applicant                                       Date *(mm/dd/yyyy)*

_____          _____
Write Your Name in Your Native Alphabet              Signature of Immigration Judge

10

**Supplement A, Form I-589**

| A-Number *(If available)* | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

**List All of Your Children, Regardless of Age or Marital Status**
*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender ☐ Male ☐ Female |

13. Is this child in the U.S. ? ☐ Yes *(Complete Blocks 14 to 21.)* ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? ☐ Yes ☐ No | |

21. If in the U.S., is this child to be included in this application? *(Check the appropriate box.)*
☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*
☐ No

11

**Supplement B, Form I-589**

**Additional Information About Your Claim to Asylum**

| A-Number *(if available)* | Date |
|---|---|
| Applicant's Name | Applicant's Signature |

**NOTE:** *Use this as a continuation page for any additional information requested. Copy and complete as needed.*

Part _____

Question _____

12

Signed Copy

# John Faour Statement

I am John Faour and I state the following and take the legal responsibility that everything stated here is correct according to my knowledge:

My name is John Faour. I was born within a Christian family and I grew up and lived all my life as a Christian. I studied till the end of high school in my Christian village Zaidal (in Homs). My family and I used to go to church every Sunday; that is important. I got my Diploma for Hotel Services from the Institute in Deir ez-Zor city, I never got any problem there even, the majority are Muslim Sunni, now it is very dangerous city for the Christians. I was visiting Homs also, every week and I never had any problems through my studies. I graduated in 2008.

I went afterwards, to Qatar to work for Hotel Supplies Company. and I was working there when the war in Syria started.

It started out as a peaceful movement asking for change. I was, just like most Syrian youth, happy and hopeful that the situation in Syria would improve; fighting the corruption and to have more job opportunities. However, it turned to a military war between the Sunna Muslims and the Regime supporters from the Alawites. We, as Christians, didn't support either party and we are only hoping for peaceful life.

Although, I was working in Qatar, away from what is going on in Syria, but my family was still there. My father had vine farm located at Homs - Zaidal High-way, when the war started, he got a lot of threats and insults from both sides. The regime groups keep coming to his farm and threaten him if he saw any of the armed groups, since the farm is on the road between Homs and Dier Bealba, the extreme Sunni village; its people are strongly opposing the regime. And the radical Muslims would come to him and threaten to kill him if he cooperates with the regime and insult the Christians and call

13

them infidels.

Ever since the war started the pressure on my father started to increase, especially in regards for my brother George (He was on his fourth year in Al-Ba'ath University in Homs) He had fear of going to the university. He was afraid of the explosions and that the regime men might take him to Army.

The day my brother graduated he traveled to Lebanon and stayed there until he got a visa to go to Brazil and he traveled there. Which left my father and mother alone, which increased the stress my father had. He refused to talk or mention any of these, so he got a heart attack and he died in April 2016.

My Cousin Rabie Khnefis, who was an engineer working in the information center for more than 10 years. Because he is Christian they sent him in dangerous assignment to Latakia Center in urgent overnight mission. In the next morning, they called his family telling that Al-Nusra front targeted him and implanted the bombs in his car and he died immediately in April 2016.

My cousin Thamen, who also owns a farm in Zaidal, and he was approached by Sunni extremists when he was on his farm, and they called him infidel and shot him in the leg.  They warned him next time he won't be lucky, unless he leaves Syria.  He escaped to another village after this event.

On  October 2016 My friend Tony Zackour went early to work in his farm in Zaidal. An hour later 3 armed men came to his farm with a black headband on their heads. They had a pickup car and they stole the water engine and other agricultural tools and threaten him never to come back to the farm saying: "go home and never look back, this land is ours now." Since then he never went to his farm again.

My friend, Mahfoudh Mhaisen from Zaidal, graduated from law school, had to do his

14

mandatory military service and soon before the war started. He was sent to the fronts to fight terrorists and was killed in 2013.

I also faced some harassments in Qatar because I am Syrian and Christian, and Christians are known; supporting the regime. Although we are threatened by both sides.

In April 2016, a group of the National Forces broke into my aunt's house for the second time, the first time was in March 2013, and they threatened her husband saying "The regime's men need the price in return for defending the Christians." That's they always tell Christians.

I declare under the penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed at _____

DATE 03/31/17

Signed by _____

John Faour




```
F   US DEPT OF HOMELAND SECURITY
R   US CITIZENSHIP & IMMIGRATION SVCS
O   99 S E FIFTH STREET
M   FIRST FLOOR
    MIAMI, FL  33131-1600
```

UNITED STATES POSTAGE
U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
PITNEY BOWES
02 1R          $ 00.46⁰
0000012633    APR 20 2017
MAILED FROM ZIP CODE 33131

# IMPORTANT INFORMATION ENCLOSED

```
JOHN FAOUR
C/O JOHN FAOUR
6954 TONGA DR

JACKSONVILLE, FL  32216

     32216#1319 CO32
```

```
F   US DEPT OF HOMELAND SECURITY
R   US CITIZENSHIP & IMMIGRATION SVCS
O   99 S E FIFTH STREET
M   FIRST FLOOR
    MIAMI, FL  33131-1600
```

NAME: JOHN FAOUR                                    DATE: 4/19/17
NUMBER: 2008?2848 RCPT#: ZMI1700?00080            FORM: I-589
        *** ACKNOWLEDGEMENT OF RECEIPT ***
Your complete Form I-589 asylum application was received and is pending
as of   4/17/17.  You may remain in the U.S. until your asylum application
is decided. If you wish to leave while your application is pending, you
must obtain advance parole from USCIS.  If you change your address, send
written notification of the change within 10 days to the above address.
You will receive a notice informing you when you and those listed on your
application as a spouse or dependents must appear for an asylum interview.
Bring to the interview 3 copies of documentary evidence of your
relationship to those family members.

```
    JOHN FAOUR
T   C/O JOHN FAOUR
O   6954 TONGA DR

    JACKSONVILLE, FL  32216
```

16

# EXHIBIT B

...of Homeland Security
...izenship and Immigration Services

F...m I-797C, **Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | NOTICE DATE |
|---|---|---|---|
| CASE TYPE<br>I589    Application For Asylum | | CODE | USCIS A#<br>A 204 892 868 |
| RECEIPT NUMBER<br>ZMI1700200060 | RECEIVED DATE<br>April 17, 2017 | PRIORITY DATE<br>April 17, 2017 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
JOHN FAOUR
c/o JOHN FAOUR
6954 TONGA DR
JACKSONVILLE FL 32216



You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period |
|---|---|
| USCIS JACKSONVILLE | 04/22/2017 |
| 4121 SOUTHPOINT BLVD. | to |
| JACKSONVILLE FL 322160930 | 05/06/2017 |

Hours of Operation

BIOMETRICS CLOSED ON FEDERAL HOLIDAYS
Sat: Sun: Closed
ASC ...: Mon - Fri 8am-3pm
BIOMETRICS ... ON
TENPRINTS QA REVIEW BY    MAY 07 2017    ON

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you **MUST BRING THIS LETTER**, or you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. **Note: Asylum applicants are not required to present identification documents in order to have biometrics collected; however, if you have photo identification you should bring it with you. Biometrics processing may take longer without identification.**

Please note that ASC staff will not be able to answer questions about the status of your application. If you have questions, please contact the asylum office with jurisdiction over your application. Contact information can be found at the "Find a USCIS Office" link on the USCIS website at www.uscis.gov.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.

*NOTE: USCIS will use your fingerprints to check the criminal history records of the FBI. You may obtain a copy of your own FBI identification record using the procedures outlined within Title 28 C.F.R., Section 16.32. The procedures to change, correct, or update your FBI identification record are outlined within Title 28 C.F.R., Section 16.34.*

**Rescheduling Form:** ☐ Please reschedule my appointment. Upon receipt of your request, you will receive a new appointment notice. Make a copy of this notice for your records; then mail the original with your request to: BPU, Alexandria ASC, 8850 Richmond Highway, Suite 100, Alexandria, VA 22309-1586. If you have any questions regarding this notice, please call 1-800-375-5283.

APPLICANT COPY

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  07/11/14 Y

17